UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY CROWTHER,<br>      Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>      Defendants. | CIVIL ACTION NO.: 05-30140-MAP |

## NOTICE OF APPEARANCE

Now comes Michael B. Flynn, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter his general appearance on behalf of the defendants, Consolidated Rail Corporation and CSX Transportation, Inc., in the above-captioned matter.

                                            Respectfully submitted,

                                            /s/ Michael B. Flynn_____
                                            Michael B. Flynn, BBO #559023
                                            FLYNN & ASSOCIATES, P.C.
                                            400 Crown Colony Drive
                                            Suite 200
                                            Quincy, MA 02169
                                            (617) 773-5500
                                            (617) 773-5510 (facsimile)

DATE: July 14, 2005
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\CROWTHER\pleadings\Notice of Appearance MBF.7.14.05.doc