UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY CROWTHER,<br>    Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>    Defendants. | CIVIL ACTION NO.:  05-30140-MAP |

**NOTICE OF APPEARANCE**

Now comes Lori A. Wirkus, of FLYNN & ASSOCIATES, P.C., 400 Crown Colony Drive, Suite 200, Quincy, MA 02169 to enter her general appearance on behalf of the defendants, Consolidated Rail Corporation and CSX Transportation, Inc., in the above-captioned matter.

                                        Respectfully submitted,


                                        /s/ Lori A. Wirkus
                                        Lori A. Wirkus, BBO #635525
                                        FLYNN & ASSOCIATES, P.C.
                                        400 Crown Colony Drive
                                        Suite 200
                                        Quincy, MA 02169
                                        (617) 773-5500
                                        (617) 773-5510 (facsimile)

DATE: July 14, 2005
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\CROWTHER\pleadings\Notice of Appearance LAW.7.14.05.doc