UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY CROWTHER,<br>   Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>   Defendants. | CIVIL ACTION NO.: 05-30140-MAP |

**<u>DEFENDANTS, CONSOLIDATED RAIL CORPORATION AND CSX TRANSPORTATION, INC.'S, CORPORATE DISCLOSURE STATEMENT</u>**

The defendant, Consolidated Rail Corporation, is wholly owned by the defendant, CSX Transportation, Inc. and Norfolk Southern Corporation.  Forty-Eight percent (48 %) of Consolidated Rail Corporation's stock is held by CSX Transportation, Inc. and Fifty-Two percent (52 %) is held by Norfolk Southern Corporation.  Except for the foregoing, there are no other publicly held companies that own ten percent (10 %) or more of Consolidated Rail Corporation or CSX Transportation's stock.

                Respectfully submitted,
                The Defendants,
                Consolidated Rail Corporation and
                CSX Transportation, Inc.
                By Their Attorneys:

                <u>s/Lori A. Wirkus      </u>
                Michael B. Flynn, BBO #559023
                Lori A. Wirkus, BBO #635525
                FLYNN & ASSOCIATES, P.C.
                400 Crown Colony Drive, Suite 200
                Quincy, MA 02169
                (617) 773-5500

Dated: <u>July 14, 2005</u>
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\CROWTHER\pleadings\Conrail Corporate Disclosure.7.14.05.doc