# United States District Court

FOR THE _____ DISTRICT OF  MASSACHUSETTS

Springfield Division

Geoffrey Crowther

V.

Consolidated Rail Corporation
- and -
CSX Transportation Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 - 30140 - MAP

TO: (Name and address of defendant)

CSX Transportation Inc.
c/o John J. Barrett Jr., Esq.
3800 Centre Square West
Philadelphia, PA 19102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III<br>HANNON & JOYCE<br>The Public Ledger Building - Ste. 1000<br>150 S. Independence Mall West<br>Philadelphia, PA 19106-3323<br>(215) 446-4460<br>Attorney for Plaintiff | MICHAEL J. MCDEVITT<br>LAWSON & WEITZEN LLP<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210<br>(617) 439-4990<br>Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_/s/ Mary Finn_

(BY) DEPUTY CLERK

_June 17, 2005_

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: July 7, 2005 |
| NAME OF SERVER (PRINT): Anthony Feaster | TITLE: Courier |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: <u>Saul Ewing, 3800 Centre Square West, Philadelphia, PA 19102.</u> Served: *Meghan Heck*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-7-05
*Date*

*Signature of Server* — Anthony Feaster

Intercept Courier Service
1307 Vine Street – 3rd Flr.
Philadelphia, PA 19107
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.