# United States District Court

FOR THE _____ DISTRICT OF MASSACHUSETTS

Springfield Division

Geoffrey Crowther

V.

Consolidated Rail Corporation
- and -
CSX Transportation Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 - 30140 - MAP

TO: (Name and address of defendant)

Consolidated Rail Corporation
Two Commerce Square
2001 Market Street
Philadelphia, PA 19101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| THOMAS J. JOYCE, III<br>HANNON & JOYCE<br>The Public Ledger Building - Ste. 1000<br>150 S. Independence Mall West<br>Philadelphia, PA 19106-3323<br>(215) 446-4460<br>Attorney for Plaintiff | MICHAEL J. MCDEVITT<br>LAWSON & WEITZEN LLP<br>88 Black Falcon Avenue<br>Suite 345<br>Boston, MA 02210<br>(617) 439-4990<br>Local Counsel for Plaintiff |

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK: *Mary Finn*
(BY) DEPUTY CLERK

DATE: June 17, 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __United States Mail, Certified, Return Receipt Requested. See attached Returned Receipt.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HANNON & JOYCE
PUBLIC LEDGER BUILDING, SUITE 1000
150 S. INDEPENDENCE MALL WEST
PHILADELPHIA, PA 19106-3413

ATTN: AMB
    Crowther 05-30140-MAP

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Consolidated Rail Corporation
Two Commerce Square
2001 Market Street
Philadelphia, PA 19101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7003 0500 0005 4930 2284

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540