October 13, 2005

Honorable Kenneth P. Neiman
USDC, District of Massachusetts
1550 Main Street
Springfield, MA  01103

Re:    Geoffrey Crowther v. Consolidated Rail Corporation, et al
       Civil Docket No:  3:05-cv-30140-MAP

Dear Judge Neiman:

Please note our representation of the Plaintiff, Geoffrey Crowther, in the above captioned FELA hearing loss action.  Kindly accept this letter as our formal request that the Scheduling Conference set for October 24, 2005 at 10:30 a.m., be held as a telephone conference, and that Plaintiff's local counsel, Michael McDevitt, Esq., and I will make arrangements to be available by telephone on that date and time.

Please also allow this to confirm that we have the consent of our adversary, Lori A. Wirkus, Esquire, in regard to this request, and that she will also make herself available if allowed.

If you have any questions or need additional information, please do not hesitate to contact me.  Thank you for your time and consideration.

Respectfully,

/s/ Thomas Joyce, III

THOMAS J. JOYCE, III

TJJ:ada

cc:    Michael McDevitt
       Lori A. Wirkus, Esq.