UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEOFFREY CROWTHER,            )
               Plaintiff        )
                               )
v.                            )    Civil Action No.  05-30140-MAP
                               )
CONSOLIDATED RAIL            )
CORPORATION,                  )
              Defendant      )

SCHEDULING ORDER
October 24, 2005

NEIMAN, U.S.M.J.

      The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by November 12, 2005.

2. All non-expert discovery shall be completed by June 2, 2006.

3. Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by May 5, 2006, and depositions of those experts shall be completed by June 2, 2006.

4. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by June 2, 2006, and depositions of those experts shall be completed by July 7, 2006.

5. Counsel shall appear for a case management conference on July 12,

2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

DATED: October 24, 2005

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge