IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

GEOFFREY CROWTHER,

    Plaintiff

vs.                                    Civil Action No.: 3:05-CV-30140-MAP

CONSOLIDATED RAIL
CORPORATION,

    Defendant.

## RULE 16(O)(3) CERTIFICATION

This is to certify that the Plaintiff, Geoffrey Crowther, and his counsel, Thomas Joyce, Esq. and Michael J. McDevitt, Esq., have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. Geoffrey Crowther and his counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and he needs to develop further information before he can decide whether the case is appropriate for settlement, ADR or full litigation.

Respectfully submitted,

ATTORNEY FOR PLAINTIFF

_____
Thomas J. Joyce, III, Esq.
HANNON & JOYCE

ATTORNEY FOR PLAINTIFF

_____
Michael J. McDevitt, Esq.
LAWSON & WEITZEN, LLP
Local Counsel for Plaintiff

PLAINTIFF

_____
Geoffrey Crowther

Dated: 10/27/05