UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN TYTULA,<br>　　　　Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>　　　　Defendants. | CIVIL ACTION NO.: 05-30143-KPN |

**JOINT MOTION TO EXTEND DEADLINES**

　　　　The defendants, Consolidated Rail Corporation and CSX Transportation, Inc., and the plaintiff, John Tytula, respectfully moves to extend, for ninety (90) days, the deadlines in this case, as well as reschedule the case management conference. As grounds for this motion, the parties state they are continuing to compile voluminous responses to written discovery and request the additional time in order to complete and exchange said responses and to schedule and conduct several depositions.  Further, counsel for the defendants are currently scheduled to appear for trial in Iowa District Court for Black Hawk County in <u>Breitbach v. Iowa Northern Railway Company, et al.</u>, C.A. No. LACV094984, which would conflict with the currently scheduled case management conference.

　　　　Accordingly, the parties request the following extensions:

|  | From | To |
|---|---|---|
| Completion of non-expert discovery | 5/5/06 | 8/4/06 |
| Plaintiff's disclosure of expert witnesses: | 4/5/06 | 7/5/06 |
| Depositions of plaintiff's expert(s): | 5/5/06 | 8/4/06 |
| Defendant's disclosure of expert witnesses: | 5/5/06 | 8/4/06 |

    Depositions of defendant's expert(s):       6/7/06       9/7/06

In addition, counsel respectfully request that the case management conference in this matter, which is currently scheduled for June 14, 2006 be continued accordingly. This is the parties' first request for an extension of deadlines, and they anticipate that it will be their sole and final such request.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the instant *Motion* be GRANTED.

                Respectfully submitted,
                The Defendants,
                Consolidated Rail Corporation and
                CSX Transportation, Inc.
                By Their Attorneys:

                s/Lori A. Wirkus_____
                Michael B. Flynn, BBO #559023
                Lori A. Wirkus, BBO #635525
                FLYNN & ASSOCIATES, P.C.
                400 Crown Colony Drive, Suite 200
                Quincy, MA 02169
                (617) 773-5500

                The plaintiff,
                John Tytula

BY:    /s/ Thomas J. Joyce
        Thomas J. Joyce, III
        Hannon & Joyce
        Public Ledger Building, Suite 1000
        150 S. Independence Mall West
        Philadelphia, PA 19106
        214-446-4460

                    BY:    /s/ Michael J. McDevitt
                              Michael J. McDevitt
                              Lawson & Weitzen, LLP
                              88 Black Falcon Avenue, Suite 345
                              Boston, MA 02210
                              617-439-4990
                              (Local Counsel for the Plaintiff)

Dated: March 13, 2006
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\Tytula\pleadings\Joint Motion to Extend Deadlines.3.13.06.doc