UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEOFFREY CROWTHER,
    Plaintiff,

vs.

CONSOLIDATED RAIL CORPORATION
and CSX TRANSPORTATION, INC.,
    Defendants.

CIVIL ACTION NO.: 05-30140-MAP

### JOINT MOTION TO EXTEND DEADLINES

The defendants, Consolidated Rail Corporation and CSX Transportation, Inc., and the plaintiff, Geoffrey Crowther, respectfully moves to extend, for ninety (90) days, the deadlines in this case, as well as reschedule the case management conference. As grounds for this motion, the parties state they are continuing to compile voluminous responses to written discovery and request the additional time in order to complete and exchange said responses and to schedule and conduct several depositions.

Accordingly, the parties request the following extensions:

|  | From | To |
|---|---|---|
| Completion of non-expert discovery | 6/2/06 | 9/1/06 |
| Plaintiff's disclosure of expert witnesses: | 5/2/06 | 8/2/06 |
| Depositions of plaintiff's expert(s): | 6/2/06 | 9/1/06 |
| Defendant's disclosure of expert witnesses: | 6/2/06 | 9/1/06 |
| Depositions of defendant's expert(s): | 7/7/06 | 10/6/06 |

In addition, counsel respectfully request that the case management conference in this matter, which is currently scheduled for July 12, 2006 be continued accordingly.

1

This is the parties' first request for an extension of deadlines, and they anticipate that it will be their sole and final such request.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the instant *Motion* be GRANTED.

        Respectfully submitted,
        The Defendants,
        Consolidated Rail Corporation and
        CSX Transportation, Inc.
        By Their Attorneys:

        s/Lori A. Wirkus
        Michael B. Flynn, BBO #559023
        Lori A. Wirkus, BBO #635525
        FLYNN & ASSOCIATES, P.C.
        400 Crown Colony Drive, Suite 200
        Quincy, MA 02169
        (617) 773-5500

        The plaintiff,
        Geoffrey Crowther

BY:    /s/ Thomas J. Joyce
        Thomas J. Joyce, III
        Hannon & Joyce
        Public Ledger Building, Suite 1000
        150 S. Independence Mall West
        Philadelphia, PA 19106
        214-446-4460

BY:    /s/ Michael J. McDevitt
        Michael J. McDevitt
        Lawson & Weitzen, LLP
        88 Black Falcon Avenue, Suite 345
        Boston, MA 02210
        617-439-4990
        (Local Counsel for the Plaintiff)

Dated: May 3, 2006

G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\CROWTHER\pleadings\Conrail Corporate Disclosure.7.14.05.doc