UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEOFFREY CROWTHER,                    )
                  Plaintiff    )
                         )
      v.                                          )    Civil Action No.  05-30140-MAP
                         )
CONSOLIDATED RAIL                     )
CORPORATION, et al.,                  )
                Defendants  )

REVISED SCHEDULING ORDER
May 4, 2006

NEIMAN, C.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Deadlines (Doc. No. 16) and revises the schedule as follows:

1.    Non-expert depositions shall be completed by September 1, 2006.

2.    Plaintiff shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by August 2, 2006, and depositions of those experts shall be completed by September 1, 2006.

3.    Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by September 1, 2006, and depositions of those experts shall be completed by October 10, 2006.

4.    Counsel shall appear for a case management conference on October 16, 2006, at 10:00 a.m. in Courtroom Three.  The July 12, 2006 conference is cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge