UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY CROWTHER,<br>    Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>    Defendants. | CIVIL ACTION NO.: 05-30140-MAP |

**DEFENDANTS, CONSOLIDATED RAIL CORPORATION AND CSX TRANSPORTATION, INC.'S, EMERGENCY MOTION TO DISMISS THE PLAINTIFF'S CARPAL TUNNEL CLAIM, OR, IN THE ALTERNATIVE, MOTION TO EXCLUDE THE PLAINTIFF'S EXPERTS, AND MOTION TO COMPEL DISCOVERY AND TO EXTEND THE DEFENDANTS' DEADLINE TO COMPLETE DISCOVERY**

      The defendants, Consolidated Rail Corporation ("Conrail") and CSX Transportation, Inc. ("CSX"), pursuant to Fed. R. Civ. P. 37, hereby respectfully request that the plaintiff, Geoffrey Crowther's, occupational carpal tunnel claims against them be dismissed for failure to timely identify and produce documents and failure to properly disclose his expert witnesses. In the alternative, the defendants request that the plaintiff be compelled to produce copies of his medical records and bills, adequate responses to the defendants' discovery request, and that he produce the information mandated by Fed. R. Civ. P. Rule 26(a)(2)(B). Moreover, the defendants request that the plaintiff be sanctioned for his failure to cooperate, which has severely prejudiced the defendants. Finally, despite the Court's instruction that it would grant no further deadlines, the plaintiff respectfully request that, given the circumstances, they be allowed additional time to complete discovery in this matter. In further support hereof, the defendants are simultaneously filing their *Certificate of Good Faith* and *Memorandum of Law* in support of their motion.

1

WHEREFORE, for the foregoing reasons, the parties respectfully request that the instant *Motion* be GRANTED.

        Respectfully submitted,
        The Defendants,
        Consolidated Rail Corporation and
        CSX Transportation, Inc.
        By Their Attorneys:

        s/Lori A. Wirkus
        Michael B. Flynn, BBO #559023
        Lori A. Wirkus, BBO #635525
        FLYNN & ASSOCIATES, P.C.
        400 Crown Colony Drive, Suite 200
        Quincy, MA 02169
        (617) 773-5500

Dated: August 4, 2006
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\CROWTHER\pleadings\Emergency Motion to Dismiss.8.4.06.doc