UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEOFFREY CROWTHER,
          Plaintiff,

vs.

CONSOLIDATED RAIL CORPORATION
and CSX TRANSPORTATION, INC.,
          Defendants.

CIVIL ACTION NO.:  05-30140-MAP

## CERTIFICATION OF COUNSEL PURSUANT TO FED. R. CIV. P. 37 AND LOCAL RULE 7.1(A)(2)

I, Lori A. Wirkus, counsel for the defendants/moving parties, Consolidated Rail Corporation and CSX Transportation, Inc., hereby certify myself and members of my staff have repeatedly conferred with, or attempted to confer with, opposing counsel and his office regarding the issues which are the subject of *Defendants, Consolidated Rail Corporation And CSX Transportation, Inc.'s, Motion To Dismiss The Plaintiff's Carpal Tunnel Claim, Or, In The Alternative, Motion To Exclude The Plaintiff's Experts, And Motion To Compel Discovery And To Extend The Defendants' Deadline To Complete Discovery*, as discussed more fully in the defendants' *Memorandum of Law*, and attempted, in good faith to resolve or narrow the issues upon which the defendants' *Motion* is based.

Respectfully submitted,

The Defendants,
Consolidated Rail Corporation and
CSX Transportation, Inc.
By Their Attorneys:

s/Lori A. Wirkus_____
Michael B. Flynn, BBO #559023
Lori A. Wirkus, BBO #635525
FLYNN & ASSOCIATES, P.C.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500

Dated: August 4, 2006
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\CROWTHER\pleadings\Good Faith Certificate.8.4.06.doc