UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Springfield Division

|  |  |  |  |
|---|---|---|---|
| GEOFFREY CROWTHER, | ) | C.A. No.: | 05-30140 MAP |
| Plaintiff, | ) |  |  |
|  | ) |  |  |
| v. | ) |  |  |
|  | ) |  |  |
| CONSOLIDATED RAIL | ) |  |  |
| CORPORATION, INC. | ) |  |  |
| Defendant | ) |  |  |

## MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Plaintiff, Geoffrey Crowther, hereby moves that Thomas J. Joyce, of the Law Offices of Thomas J. Joyce, III, 900 Centerton Road, Mount Laurel, NJ 08054-1630, be admitted *pro hac vice* in the above case as trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: Federal Employer's Liability Act, F.E.L.A., 45 U.S.C § 51 et seq.
- *Pro hac vice* counsel's long-standing representation of the client: Geoffrey Crowther

    Respectfully submitted,
    GEOFFREY CROWTHER
    Plaintiff,
    By his Attorney,


    /s/ Michael J. McDevitt
    Michael J. McDevitt, Esq. (BBO# 564720)
    Lawson & Weitzen, LLP
    88 Black Falcon Avenue, Suite 345
    Boston, MA 02210-1736
    Telephone: (617) 439-4990
    mmcdevitt@lawson-weitzen.com

Date: October 16, 2006