# LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

EVAN T. LAWSON
RICHARD B. WEITZEN *
PAMELA B. BANKERT
FRANK L. BRIDGES
IRA H. ZALEZNIK
JOHN J. WELTMAN ***
VALERIE L. PAWSON
GEORGE F. HAILER, PC +
GEORGE E. CHRISTODOULO, PC
KENNETH B. GOULD
JOSEPH FRIEDMAN
JOHN A. TENNARO, PC
WILLIAM F. COYNE, JR.
DAVID A. RICH *
DENNIS J. MANESIS ++
NATALIE A. KANELLIS †
PATRICIA L. FARNSWORTH

K. SCOTT GRIGGS
MICHAEL J. McDEVITT
STEVEN M. BUCKLEY
SONIA K. GUTERMAN, Ph.D.
J. MARK DICKISON **
CLARE B. BURHOE
ROBERT J. ROUGHSEDGE +++
RICHARD J. SULLIVAN, JR.
CAROLINE A. O'CONNELL *
MICHAEL WILLIAMS
KATHRYN E. PIECZARKA
DEAN J. HUTCHISON
SCOTT T. BUCKLEY
KRISTINA A. ENGBERG
C. KIMBERLY BAKEBERG
JAMES M. HENRY
JUDITH L. VAUGHAN

BOSTON
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

CAPE COD
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

MARLBOROUGH
LAWSON, WEITZEN & HAILER, LLP
171 LOCKE DRIVE, SUITE 101
MARLBOROUGH, MASSACHUSETTS 01752
TELEPHONE (508) 618-1025

October 16, 2006

**SENT VIA CM/ECF**
**SENT VIA FIRST CLASS US MAIL**

United States District Court
Clerk
District Court of Massachusetts
Federal Building & Courthouse
1550 Main Street
Springfield, MA 01103

RE: *GEOFFREY CROWTHER v. CONSOLIDATED RAIL CORPORATION, INC.*
C.A. No.:    05-30140 MAP

Dear Clerk:

Please find enclosed check number <u>34191</u> in the amount of <u>$50.00</u> for payment of the filing fee for <u>Plaintiff's Motion for Entry of Appearance *Pro Hac Vice*</u> filed this <u>16</u>[th] day of October <u>2006</u> in the above-mentioned matter.

Please do not hesitate to contact us with any questions.

Very truly yours,

Michael J. McDevitt, Esq.

MJM/am
Cc: Thomas J. Joyce, Esq. (w/Encl)
Encl.

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
+ ALSO ADMITTED IN DC
++ ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY

| VOUCHER NO. | ENDOR: | | | | |
|---|---|---|---|---|---|
| 73491 | 112359 United States District Court | | LAWSON & WEITZEN, LLP | DATE PAID: | 10/16/06 |
| | DESCRIPTION | DATE | INVOICE NO. | | AMOUNT |
| | Pro Hac Vice Fee | 10/16/06 | 10589-0025 | | 50.00 |
| | | | | CHECK AMOUNT | 34191 |
| | | | | | 50.00 |

---

34191

**LAWSON & WEITZEN, LLP**
88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MA 02210

NUMBER **34191**

5-7515/0110
**Sovereign**
SOVEREIGN BANK NEW ENGLAND
A Division of Sovereign Bank

DATE 10/16/06

PAY TO THE ORDER OF:
United States District Court
Federal Building Courthouse
1550 Main Street
Springfield, MA 01103

FIFTY DOLLARS & ZERO CENTS

AMOUNT **$50.00**

⑈034191⑈ ⑆011075150⑆ 812000⑉5453⑈