UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEOFFREY CROWTHER,        )
         Plaintiff    )
                              )
v.    )    Civil Action No.  05-30140-MAP
                              )
                              )
                              )
CONSOLIDATED RAIL    )
CORPORATION and CSX    )
TRANSPORTATION, INC.,    )
         Defendants    )

FURTHER SCHEDULING ORDER
October 16, 2006

NEIMAN, C.M.J.

As set forth at the case management conference this day, all remaining discovery with regard to Plaintiff's hearing loss claim shall be completed by November 17, 2006.  All other discovery is stayed until resolution of Defendants' outstanding motion to dismiss (Document No. 18).  This stay is without prejudice to Defendants hereafter seeking leave of court to file a counterclaim and/or a third party complaint.

IT IS SO ORDERED.

 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge