UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY CROWTHER,<br>　　　　Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>　　　　Defendants. | CIVIL ACTION NO.:  05-30140-MAP |

## DEFENDANTS ASSENTED TO MOTION TO CHANGE TIME OF HEARING ON MOTION TO DISMISS

The defendants, Consolidated Rail Corporation ("Conrail") and CSX Transportation, Inc. ("CSX"), hereby respectfully request that the time of the hearing on the *Motion To Dismiss* in the above captioned matter currently scheduled for Tuesday, November 21, 2006 at 3:00 PM be moved to a time no earlier than 1:00 PM that same date.  As grounds therefore, defendant's attorney requests this time change because he has an appointment in Boston at 5:00 PM which he needs to attend.  Also, plaintiff's counsel (who is coming from Philadelphia) is not scheduled to arrive in Springfield until approximately 12:45 PM – 1:00 PM.

WHEREFORE, for the foregoing reason, the parties respectfully request that the instant *Motion* be GRANTED.

| | |
|---|---|
| Assented to By:<br>The Plaintiff,<br>By His Attorney<br><br>/s/Thomas J. Joyce, III (By MBF)<br>Thomas J. Joyce, III, Esq.<br>The Law Offices of Thomas J. Joyce<br>900 Centerton Road<br>Mount Laurel, NJ 08054-1630<br><br>Dated: November 17, 2006 | Respectfully submitted,<br>The Defendants,<br>Consolidated Rail Corporation and<br>CSX Transportation, Inc.<br>By Their Attorneys:<br>/s/ Michael B. Flynn<br>Michael B. Flynn, BBO #559023<br>Lori A. Wirkus, BBO #635525<br>FLYNN & ASSOCIATES, P.C.<br>400 Crown Colony Drive, Suite 200<br>Quincy, MA 02169<br>(617) 773-5500 |