```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

GEOFFREY CROWTHER,            )
        Plaintiff             )
                              )
        v.                    )  C.A. NO. 05-30140-MAP
                              )
CONSOLIDATED RAIL CORP., ET AL)
        Defendants            )

### MEMORANDUM AND ORDER REGARDING DEFENDANTS' PARTIAL MOTION TO DISMISS
(Dkt. No. 18)

November 22, 2006

PONSOR, D.J.

   Counsel appeared for argument on Defendants' Partial Motion to Dismiss on November 21, 2006. Following oral argument, the court indicated it would be allowing the motion and stated its reasons in detail.

   In summary, Plaintiff has failed to comply with the Revised Scheduling Order by Chief Magistrate Judge Kenneth P. Neiman dated May 4, 2006, requiring Plaintiff to designate and disclose information regarding trial experts as requested by Fed. R. Civ. P. 26(a)(2) no later than August 2, 2006. It is undisputed that, with regard to Plaintiff's claim for damages resulting from carpal tunnel syndrome, Plaintiff has failed to comply with the court's order. Any claim in this case related to carpal tunnel syndrome is therefore hereby DISMISSED.

   It is So Ordered.

```
                         /s/ Michael A. Ponsor
                         MICHAEL A. PONSOR
                         U. S. District Judge
```