```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

GEOFFREY CROWTHER,
       Plaintiff    )
                           )
       v.               ) C.A. NO. 05-30140-MAP
                           )
CONSOLIDATED RAIL CORP., ET AL)
       Defendants   )

### FURTHER SCHEDULING ORDER

November 22, 2006

PONSOR, D.J.

    On November 21, 2006, counsel appeared for argument on Defendant's Partial Motion to Dismiss. The court has now ruled on that motion. Further proceedings in this case will unfold as follows:

    1. Defendants will file their motion for summary judgment no later than January 16, 2007.

    2. Plaintiff's opposition may be filed no later than March 16, 2007.

    3. Counsel will appear again before this court for argument on the motion on March 21, 2007 at 2:00 p.m.

    It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        United States District Judge