UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY CROWTHER,<br>    Plaintiff,<br><br>vs.<br><br>CONSOLIDATED RAIL CORPORATION<br>and CSX TRANSPORTATION, INC.,<br>    Defendants. | CIVIL ACTION NO.:  05-30140-MAP |

## DEFENDANTS, CONSOLIDATED RAIL CORPORATION AND CSX TRANSPORTATION, INC.'S, MOTION FOR SUMMARY JUDGMENT

The defendants, Consolidated Rail Corporation ("Conrail") and CSX Transportation, Inc. ("CSX")  hereby submits their *Motion for Summary Judgment*.  As grounds therefore, Conrail and CSX  state that as a matter of law: (1) the plaintiff failed to file his alleged occupationally induced hearing loss claim pursuant to the Federal Employers' Liability Act ("FELA") within the prescribed three year statute of limitations; (2) the plaintiff failed to properly disclose any expert to establish the cause of the plaintiff's hearing loss and therefore cannot prove his claim; and (3) even if allowed to testify as an expert, the plaintiff's audiologist is not competent to testify as to the cause of the plaintiff's hearing loss and therefore cannot prove his claim. Further, there are no genuine, material facts in dispute entitling the plaintiff to a trial on this issue and, as a matter of law summary judgment should enter in favor of the defendants.

In support of its *Motion*, the defendants expressly incorporates by this reference the following:

    1.    *Defendants, Consolidated Rail Corporation and CSX Transportation, Inc.'s Memorandum of Law in Support of their Motion for Summary Judgment*; and

    2.    *The Defendants, Consolidated Rail Corporation and CSX Transportation Inc.'s Concise Statement of Facts Pursuant to Local Rule 56.1.*

WHEREFORE, for the foregoing reasons, the parties respectfully request that the instant *Motion* be GRANTED.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the defendants, Consolidated Rail Corporation and CSX, respectfully state that oral argument may assist the Court and request a hearing on their *Motion for Summary Judgment*.

    Respectfully submitted,
    The Defendants,
    Consolidated Rail Corporation and
    CSX Transportation, Inc.
    By Their Attorneys:

    s/Lori A. Wirkus
    Michael B. Flynn, BBO #559023
    Lori A. Wirkus, BBO #635525
    FLYNN & ASSOCIATES, P.C.
    400 Crown Colony Drive, Suite 200
    Quincy, MA 02169
    (617) 773-5500

Dated: January 16, 2007
G:\F & A\CASE FILES\CSX OCCUPATIONAL\CARPAL TUNNEL\CROWTHER\pleadings\Motion for Summary Judgment.1.16.07.doc