# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEOFFREY CROWTHER,  )<br>    Plaintiff(s)            )<br>                                )<br>    v.                          )<br>                                )<br>CONSOLIDATED RAIL CORP., ET AL  )<br>    Defendant(s)            ) | CIVIL ACTION NO. 3:05 -30140 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Consolidated Rail Corp., et al, against the plaintiff Geoffrey Crowther, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

                                                            **SARAH A. THORNTON**,
                                                            CLERK OF COURT

Dated:  June 8, 2007                   By  /s/ Maurice G. Lindsay
                                                            Maurice G. Lindsay
                                                            Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                            [jgm.]